IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CLARENCE D. SCHREANE,

    Petitioner,

v.

JEFF THOMAS,

    Respondent.

CIVIL ACTION NO. 3:CV-14-1835

(JUDGE CAPUTO)

(MAGISTRATE JUDGE BLEWITT)

## ORDER

NOW, this 16th day of December, 2014, upon review of the Report and Recommendation of Magistrate Judge Thomas M. Blewitt (Doc. 7) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)    The Report & Recommendation (Doc. 7) is **ADOPTED in its entirety**.

(2)    The Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) is **GRANTED**.

(3)    The Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED without prejudice**.

(4)    The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge